IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

FRANK ALLEN COX                                                          PLAINTIFF

v.                  Civil No. 07-3046

SHERIFF JERRY LOGGINS,
Searcy County, Arkansas; and
BRIAN STOCKTON, Jail
Administrator, Searcy County Jail                         DEFENDANTS

### ORDER

Frank Allen Cox, currently an inmate of the Searcy County Jail, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, **the clerk is directed to return the IFP application to him.** Plaintiff is given until **October 19, 2007,** to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this court for review and filing or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by October 19, 2007, the complaint will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this 28 day of September 2007.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 04 2007

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

-1-

AO72A
(Rev. 8/82)