IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

FRANK ALLEN COX          PLAINTIFF

v.          Civil No. 07-3046

SHERIFF JERRY LOGGINS,
Searcy County, Arkansas; and
BRIAN STOCKTON, Jail
Administrator, Searcy County Jail          DEFENDANTS

## AMENDED ORDER

Frank Allen Cox has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. The United States District Clerk is directed to file the complaint. With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. The IFP application is granted.

The matter of service will be determined at a later time.

IT IS SO ORDERED this 9th day of October 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**