IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

FRANK ALLEN COX                                      PLAINTIFF

                 v.            Civil No. 07-3046

SHERIFF JERRY LOGGINS,
Searcy County, Arkansas; and
BRIAN STOCKTON, Jail
Administrator, Searcy County Jail                             DEFENDANTS

**<u>ORDER</u>**

      As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **March 28, 2008**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

      IT IS SO ORDERED this 7th day of January 2008.

                                                          /s/ *J. Marschewski*
                                                          HON. JAMES R. MARSCHEWSKI
                                                          UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)