IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

FRANK ALLEN COX                                                                                    PLAINTIFF

v.                                    Civil No. 07-3046

SHERIFF JERRY LOGGINS,
Searcy County, Arkansas; and
BRIAN STOCKTON, Jail
Administrator, Searcy County Jail                                                           DEFENDANTS

### **ORDER**

On February 12, 2008, the defendants filed a motion to compel responses to discovery requests (Doc. 12). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on November 21, 2007. On January 22, 2008, defendants indicate they sent correspondence to the plaintiff requesting his past-due discovery responses. To date, defendants state they have not received plaintiff's responses or any communication from the plaintiff regarding his responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Plaintiff did not respond to the discovery requests in the time provided by law. Plaintiff has not filed a response to the motion to compel.

Accordingly, defendants' motion to compel (Doc. 12) is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on April 3, 2008.**

-1-

Defendants were previously directed to file a summary judgment motion by March 28, 2008. As defendants will no doubt need plaintiff's responses to the discovery requests to file their summary judgment motion, the summary judgment filing deadline is extended to May 27, 2008.

IT IS SO ORDERED this 20th day of March 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)