**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**FRANK ALLEN COX**                                                              **PLAINTIFF**

**v.**                            **Civil No. 07-3046**

**SHERIFF JERRY LOGGINS,
Searcy County, Arkansas; and
BRIAN STOCKTON, Jail
Administrator, Searcy County Jail**                  **DEFENDANTS**

### O R D E R

Now on this 30th day of May, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #17, filed April 17, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' Motion to dismiss is hereby **granted**.

**IT IS SO ORDERED.**

                                                   **/s/Jimm Larry Hendren
                                                 HON. JIMM LARRY HENDREN
                                                 UNITED STATES DISTRICT JUDGE**